ORIGINAL

RECEIVED
FEB 22 2023
PRO SE OFFICE

Dear Judge Hector Gonzalez
Referred to: Magistrate Judge Lois Bloom

CASE: 1:22-cv-07379-HG-LB.

I filed the case on Nov 28, 2022. But almost 3 months already. My poor person request relief still pending waiting for sign out.

So the Clerk let me write this letter for push up the relief.

Thanks for your attentions.

WELGUO CAI. (plaintiff).

Feb 22, 2023.