# ORIGINAL

RECEIVED
MAR 23 2023
JD
PRO SE OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

———————————————————— X

WELGUO    CAL

            Plaintiff,

    -against-

Civil Court of the City of New York
County of Richmond and Dennis O. Cohien
         Defendant(s).

———————————————————— X

Reconsideration Order
NOTICE OF MOTION

22 cv 0379 ( HG )

PLEASE TAKE NOTICE that upon the annexed affidavit or

affirmation of ___WELGUO    CAL___, sworn to or affirmed

___March  23rd___, 20_23_ and upon the complaint herein,

plaintiff will move this Court, ___Hector Gonzalez___, U.S.D.J.,

in room ___, United States Courthouse, Brooklyn, New York 11201,

on the _5_ day of ___April___, 20_23_, at _10:AM_ or as soon

thereafter as counsel can be heard, for an order pursuant to

Rule _____ of the Federal Rules of Civil Procedure granting

___Reconsider  Order  from  March  2nd  2023___

_____

_____

Dated: ___March 23  2023___ .

                          Plaintiff Pro Se

                          Signature
                          WELGUO   CAL
                          Print Name
                          73 Clinton Street.
                          Address
                          Staten Island. N.Y. 10304
                          Phone #  917 891 7577

RECEIVED
MAR 23 2023
JD
PRO SE OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____X

WELGUO CAL

              Plaintiff,

    -against-

Civil Court of the City of New York
County of Richmond and Dennis O. Cohen.
              Defendant(s).

_____X

Reconsideration Order

AFFIDAVIT/AFFIRMATION

22 cv 7371 (HG)

STATE OF NEW YORK     )
COUNTY OF            ) ss.:

    I, WELGUO CAL, [being duly sworn] deposes and says

[or: make the following affirmation under the penalties of

perjury]:

    I, WELGUO CAL, am the plaintiff in the above

entitled action, and respectfully move this Court to issue an

order Reconsider void order on March 2nd., 2023

The reason why I am entitled to the relief I seek is the

following: The order all based on fraud information

The court's information sources completely

deceived the court (see the attachment list).

    WHEREFORE, I respectfully request that the court grant the

within motion, as well as such other and further relief that may

be just and proper.

Sworn to before me this 23
day of March 2022

Notary Public

JOSEPHINE BOURNE
Notary Public, State of New York
No. 04BO6325374
Qualified in Kings County
Commission Expires May 26, 2023

Signature

WELGUO CAL

Print Your name
Plaintiff Pro Se

· March 2nd, 2023 order all based on fraud

1. On Page 3 said Plaintiff voluntarily dismissed against PayPal. In fact. Because Dennis and Civil Court. unfair conduct, collusion together. Plaintiff have to let case to other Court. So Page 3 said the reason dismissed Dennis case fraud too.

2. Page 3 said plaintiff didn't appeal. In fact. Civil Court need appeal to lower appeal court. Plaintiff did on 2022 already. Docket No: 808/2022. PayPal appeal is other things.

3. In fact: If some blank in this Court form. That's because clerk let plaintiff Blank for this case.

4. Page 7 said plaintiff has not paid sanction, fraud. In fact: Civil Court extend payment due date.

5. Whatever Dennis private or public. He fraud sanction all violation, illegal. Must Relief to plaintiff

6. When appeal, Dennis showed new evidence showed he collusion with Civil Court. Civil Court followed his mis lead. So Relief Request. could add to $75.000.

. Civil Court : $ 55000, Dennis $ 40000

7. In fact: Plaintiff talked with Richmond Supreme Court this case. They said very clear: Because Rule 60 is federal law, So this case must go to Federal Court.

8. In the Original Civil case; Dennis fraud Sanction not included at Original complaint, Relief Because fraud sanction happened after Original Complaint. So in fact: fraud sanction is new Complaint. Relief Request in this Federal Court.

9. Civil Court being Defendent by plaintiff, this case is the only one till now. Page 9 fraud said: Plaintiff refilling these claims in another Court that may have jurisdiction to decide them.

Conclusion.

Plead Reconsider. entirely void order on March 2nd. 2023. Because all based on fraud information. Court's information sources completely deceived this Court.

-----------------------------------------------------------------

OR:   I declare under penalty of perjury that the foregoing is
      true and correct.

Executed on ___March 13 2023___                    _____
                                                   Signature
                                                   Plaintiff Pro Se